**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

TERRY MADDEN, DOUG WORTMAN,                                                         PLAINTIFFS
and REBECCA O'BAR, individually and on behalf
of others similarly situated

v.                                             No. 4:10CV01162 JLH

LUMBER ONE HOME CENTER OF
STUTTGART, INC., d/b/a LUMBER ONE
HOME CENTER OF MAYFLOWER; and
LUMBER ONE HOME CENTER, INC.                                                        DEFENDANTS

## ORDER

Defendants' motion for a one-week extension of the motion deadline is GRANTED. Document #31. The deadline for filing dispositive motions is hereby extended up to and including January 19, 2012.

IT IS SO ORDERED this 12th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE