## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| TERRY MADDEN, DOUG WORTMAN, and REBECCA O'BAR, individually and on behalf of others similarly situated | PLAINTIFFS |
| v.   No. 4:10CV01162 JLH | |
| LUMBER ONE HOME CENTER OF STUTTGART, INC., d/b/a LUMBER ONE HOME CENTER OF MAYFLOWER; and LUMBER ONE HOME CENTER, INC. | DEFENDANTS |

### ORDER

Defendants' motion for a one-week extension of the motion deadline is GRANTED. Document #31. The deadline for filing dispositive motions is hereby extended up to and including January 19, 2012.

IT IS SO ORDERED this 12th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE