**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

TERRY MADDEN, DOUG WORTMAN,                                               PLAINTIFFS
and REBECCA O'BAR, individually and on behalf
of others similarly situated

v.                                  No. 4:10CV01162 JLH

LUMBER ONE HOME CENTER, INC.                                               DEFENDANT

## JUDGMENT

On the 12th day of March, 2012, this matter came before the Court for trial by jury. The plaintiffs, Terry Madden, Doug Wortman, and Rebecca O'Bar appeared in person and through their lawyers, Maryna O. Jackson, Amber R. Schubert, and Steven Rauls. The defendant, Lumber One Home Center, Inc., appeared through its corporate representative, John Morton, and its attorney, Harold Wayne Young, Jr. A jury of twelve was duly selected and sworn. After all of the evidence had been received and the jury had been duly instructed on the law, on March 13, 2012, the jury returned verdicts finding that Lumber One Home Center, Inc., had met its burden of proving each of the plaintiffs—Terry Madden, Doug Wortman, and Rebecca O'Bar—was exempt from the overtime requirements of the Fair Labor Standards Act by virtue of the executive exemption. Judgment is therefore entered in favor of Lumber One Home Center, Inc., on the claims of Terry Madden, Doug Wortman, and Rebecca O'Bar. The complaint is dismissed with prejudice.

IT IS SO ORDERED this 14th day of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE