# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TERRY MADDEN, DOUG WORTMAN,                             PLAINTIFFS
and REBECCA O'BAR, individually and on behalf
of others similarly situated

v.                          No. 4:10CV01162 JLH

LUMBER ONE HOME CENTER, INC.                           DEFENDANTS

## ORDER

After a jury returned a verdict in favor of Lumber One Home Center, Inc., on the claims of Terry Madden, Doug Wortman, and Rebecca O'Bar, the Court granted in part the motion of the plaintiffs for judgment as a matter of law and ordered a new trial on the issue of damages. Lumber One has now filed a motion to reconsider, arguing that the Court overlooked or misunderstood certain aspects of the testimony. The Court considered all of the evidence, including specifically the testimony cited by Lumber One in its motion. The Court is not convinced that any aspect of the evidence was overlooked or misunderstood. The motion to reconsider is DENIED. Document #79.

IT IS SO ORDERED this 29th day of May, 2012.

*J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE