IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRY MADDEN, DOUG WORTMAN,            PLAINTIFFS
and REBECCA O'BAR, individually and on behalf
of others similarly situated

v.            No. 4:10CV01162 JLH

LUMBER ONE HOME CENTER, INC.            DEFENDANTS

## JUDGMENT

Judgment is hereby entered in favor of Terry Madden against Lumber One Home Center, Inc., in the amount of Seven Thousand Five Hundred Fifty-Five and 20/100 Dollars ($7,555.20) plus post-judgment interest at the rate of 0.17 percent per annum from the entry of this Judgment until the Judgment is paid in full, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 5th day of March, 2013.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE