## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TERRY MADDEN, DOUG WORTMAN,                                     PLAINTIFFS
and REBECCA O'BAR, individually and on behalf
of others similarly situated

v.                              No. 4:10CV01162 JLH

LUMBER ONE HOME CENTER, INC.                                         DEFENDANTS

### JUDGMENT

Judgment is hereby entered in favor of Rebecca O'Bar against Lumber One Home Center, Inc., in the amount of One Thousand Two Hundred Thirty-Four and 80/100 Dollars ($1,234.80) plus post-judgment interest at the rate of 0.17 percent per annum from the entry of this Judgment until the Judgment is paid in full, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 5th day of March, 2013.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE