**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

TERRY MADDEN; DOUG WORTMAN;                               PLAINTIFFS
and REBECCA O'BAR

v.                       No. 4:10CV01162 JLH

LUMBER ONE HOME CENTER, INC.                                   DEFENDANT

**JUDGMENT**

Pursuant to the Order entered separately today, judgment is entered in favor of Terry Madden and Rebecca O'Bar against Lumber One Home Center, Inc., in the amount of $34,013.43 ($33,366.61 for attorneys' fees plus $646.82 in costs), plus post-judgment interest to accrue at the rate of 0.09% per annum, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 28th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT COURT